IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

TONY TUCKWELL,

     Plaintiff,

v.                                           Case No. 2:20-cv-00460-WCG

ANDREW SAUL,
Commissioner of Social
Security Administration,

     Defendant.

## ORDER

Based upon the parties' stipulation for remand pursuant to sentence four of 42 U.S.C. § 405(g), dated November 23, 2020,

**IT IS ORDERED** that this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon judicial remand, the Appeals Council will remand this matter to an administrative law judge with instructions to offer plaintiff the opportunity for a new hearing; proceed through the sequential evaluation process as needed to reach a decision; if warranted, obtain additional vocational expert testimony; and issue a de novo decision.

Dated at Green Bay, Wisconsin, this  24th  day of November, 2020.

BY THE COURT:

 s/ William C. Griesbach
WILLIAM C. GRIESBACH
U.S. District Judge